# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| BRYON M BEACH and | § | |
| YVONNE M BEACH | § | Case Number: 16-81953 |
| | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on __July 18__, 2017, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Daniel A Springer
2222 East State Street Suite 107
Rockford, IL 61107

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

　　　　　　　　　　　　　　　　　　　　__/s/ Marti Maravich__

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

Capital One Auto Finance, a division of Capi
P.O. BOX 165028
IRVING, TX 75016-5028

Allied Business Accounts
Attn: Bankruptcy Dept.
300 1/2 S. 2nd Street PO Box 1600
Clinton, IA 52733-1600

APPLIED BANK
PO BOX 15809
WILMINGTON, DE 19850-5809

Blackhawk Learning Connection
Attn: Bankruptcy Dept.
421 Buckbee Street
Rockford, IL 61104-4775

Blitt & Gaines PC
661 Glenn Ave
Wheeling, IL 60090-6017

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY, UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank USA NA
Attn: Bankruptcy Dept.
PO Box 30281
Salt Lake City, UT 84130-0281

Chase Bank USA
Attn: Bankruptcy Dept.
PO Box 15298
Wilmington, DE 19850-5298

Citi
Attn: Bankruptcy Dept.
PO Box 6497
Sioux Falls, SD 57117-6497

Citibank
Attn: Bankruptcy Dept.
PO Box 6500
Sioux Falls, SD 57117-6500

Citibank Mortgage Inc
Attn: Bankruptcy Dept.
PO Box 6243
Sioux Falls, SD 57117-6243

City of Rockford EAS Ambulance Svc.
204 S. 1st Street
Rockford, IL 61104-2033

Convergent Outsourcing
Attn: Bankruptcy Dept.
PO Box 9004
Renton, WA 98057-9004

Cotrust Bank
500 East 60th Street
Sioux Falls, SD 57104-0478

Credit Acceptance Corp.
PO Box 5070
Southfield, MI 48086-5070

Creditors Protection Service
Attn: Bankruptcy Dept.
PO Box 4115
Rockford, IL 61110-0615

Dennis Brebner & Associates
Attn: Bankruptcy Dept.
860 Northpoint Blvd
Waukegan, IL 60085-8211

DuPage Dental
1112 S Washington Street
Naperville, IL 60540-7965

Eric & Betsy Peterson
674 MIndy Creek Lane
Saint Croix Falls, WI 54024-9413

IGS Energy
3759 West 95th Street
Evergreen Park, IL 60805-2000

IRS
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jolas & Associates
121 Chanlon Road, Suite 110
New Providence, NJ 07974-1543

Kristin VanAlstine
237 N Mill Rd.
Addison, IL 60101-6608

Lend Up
Attn: Bankruptcy Dept.
237 Kearny St. #372
San Francisco, CA 94108-4502

Lucas & Apostolopoulos, Ltd.
881 West Lake Street
Addison, IL 60101-2044

Lynch Family Chiropractic
3806 E State Street
Rockford, IL 61108-2056

MIDLAND FUNDING LLC
PO BOX 2011
WARREN, MI 48090-2011

Mercy Health
Rockford Health Physicians
2300 N Rockton Ave
Rockford, IL 61103-3619

Midland Funding, LLC
Attn: Bankruptcy Dept.
2365 Northside Drive, Suite 300
San Diego, CA 92108-2709

Mulford Dental
4001 N Mulford Road
Loves Park, IL 61111-6949

Mutual Management Svcs Co, LLC
Attn: Bankruptcy Dept
PO Box 8740
Rockford, IL 61126-8740

North Shore Agency
Attn:DIsney Movie Club
PO Box 9205
Old Bethpage, NY 11804-9005

Palisades Acquisitions XVI, LLC
Attn: Bankrutcy Dept.
210 Sylvan Ave
Englewood Cliffs, NJ 07632-2510

Physicians Immediate Care
1663 Belvidere Rd
Belvidere, IL 61008-9306

PORTFOLIO RECOVERY ASSOCIATES
PO BOX 41067
NORFOLK, VA 23541-1067

Portfolio Recovery Solutions
Attn: Bankruptcy Dept.
PO Box 12914
Norfolk, VA 23541-0914

Robert Sledz
1325 13th Ave
Belvidere, IL 61008-5471

Rockford Health Physicians
Attn: Bankruptcy Dept.
2300 N Rockton Ave.
Rockford, IL 61103-3619

Rockford Mercantile Agency
Attn: BAnkruptcy Dept.
PO Box 5847
Rockford, IL 61125-0847

Rocovery One
5100 Park Center Ave
Dublin, OH 43017-7562

SYNCB
Attn: Bankruptcy Dept.
PO Box 965005
Orlando, FL 32896-5005

SYNCB/Care Credit
Attn: Bankruptcy Dept
PO BOX 960061
Orlando, FL 32896-0061

Santander Consumer USA
PO Box 961245
Fort Worth, TX 76161-0244

Susan E Smith McClellan
6072 Brynwood Drive
Rockford, IL 61114-5829

Swedish American Health System
Attn: Bankruptcy Dept.
1401 East State Street
Rockford, IL 61104-2298

C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY, OK 73118-7901

US Bank
PO Box 3447
Saint Louis, MO 63179

United Recovery Systems
Attn: Bankruptcy Dept.
PO Box 722929
Houston, TX 77272-2929

Webbnk/FSTR
Attn: Bankruptcy Dept.
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

Wolpoff & Abramson
702 King Farm Blvd,
Rockville, MD 20850-5777

Yvonne M Beach
1811 Loomis Street
Rockford, IL 61102-2637

Bryon M Beach
5075 Burningtree Drive
Rockford, IL 61114-5314

Discover Financial Services
PO Box 15316
Wilmington, DE 19850

T-Mobile Bankruptcy Team
PO Box 53410
Bellevue, WA 98015-3410