# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: BEACH, BRYON M § Case No. 16-81953 | |
| BEACH, YVONNE M § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $17,024.61                     Assets Exempt: $11,655.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,511.70        Claims Discharged
                                                  Without Payment: $3,345.14

Total Expenses of Administration: $6,588.30

---

  3) Total gross receipts of $    10,100.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $10,100.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 1,361.00 | 6,588.30 | 6,588.30 | 6,588.30 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 292.09 | 292.09 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 6,564.75 | 6,564.75 | 3,511.70 |
| **TOTAL DISBURSEMENTS** | $1,361.00 | $13,445.14 | $13,445.14 | $10,100.00 |

4) This case was originally filed under Chapter 7 on August 16, 2016. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/16/2017          By: /s/JOSEPH D. OLSEN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent conveyance of property | 1241-000 | 9,100.00 |
| Rent receipts for 1811 Loomis Street, Rockford | 1222-000 | 1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,100.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 1,760.00 | 1,760.00 | 1,760.00 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 94.30 | 94.30 | 94.30 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Craig A Willette | 3110-000 | N/A | 3,333.00 | 3,333.00 | 3,333.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) - Joseph D Olsen | 3110-000 | N/A | 966.00 | 966.00 | 966.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Attorney Craig A Willette | 3120-000 | N/A | 45.00 | 45.00 | 45.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,588.30 | $6,588.30 | $6,588.30 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | IRS | 5800-000 | N/A | 292.09 | 292.09 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $292.09 | $292.09 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | IRS | 7100-000 | N/A | 223.62 | 223.62 | 0.00 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 488.13 | 488.13 | 270.33 |
| 3 | Mercy Health | 7100-000 | N/A | 3,677.70 | 3,677.70 | 2,036.69 |
| 4 | MIDLAND FUNDING LLC | 7100-000 | N/A | 711.05 | 711.05 | 393.78 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 858.36 | 858.36 | 475.36 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 605.89 | 605.89 | 335.54 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $6,564.75 | $6,564.75 | $3,511.70 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-81953  
**Case Name:** BEACH, BRYON M  
BEACH, YVONNE M  
**Period Ending:** 11/16/17

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 08/16/16 (f)  
**§341(a) Meeting Date:** 09/22/16  
**Claims Bar Date:** 03/31/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 125.00 | 0.00 | | 0.00 | FA |
| 3 | Credit Union: Alliant Credit Union | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Checking: Chase Bank | 219.61 | 0.00 | | 0.00 | FA |
| 5 | Checking: PNC Bank | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Bed | 25.00 | 0.00 | | 0.00 | FA |
| 7 | Two Kids Bedroom Sets, Washer, Dryer. Kitchen Co | 575.00 | 0.00 | | 0.00 | FA |
| 8 | Computer | 25.00 | 0.00 | | 0.00 | FA |
| 9 | Four TV's, Laptop, Desktop Computer, IPad, Cryst | 625.00 | 0.00 | | 0.00 | FA |
| 10 | Cd's, DVD's, Movies, Pictures, Home Decor, Autog | 325.00 | 0.00 | | 0.00 | FA |
| 11 | Used Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 12 | Used Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Bracelet | 100.00 | 0.00 | | 0.00 | FA |
| 14 | Term Life Insurance through work: Eric and Betsy | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 401 (k): Wells Fargo | 7,000.00 | 0.00 | | 0.00 | FA |
| 16 | 1996 Toyota Avalon, 149,000 miles, Sedan. Entire | 2,450.00 | 0.00 | | 0.00 | FA |
| 17 | 2006 Volvo XC90, 140,000 miles, SUV. Entire prop | 4,950.00 | 0.00 | | 0.00 | FA |
| 18 | Cat | 5.00 | 0.00 | | 0.00 | FA |
| 19 | Fraudulent conveyance of property  (u)<br>    Property commonly known as 1811 Loomis Street, Rockford, IL | 15,000.00 | 15,000.00 | | 9,100.00 | FA |
| 20 | Rent receipts for 1811 Loomis Street, Rockford  (u) | 15,000.00 | 15,000.00 | | 1,000.00 | FA |
| 20 | **Assets    Totals** (Excluding unknown values) | **$47,024.61** | **$30,000.00** | | **$10,100.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

This is a very recent case. The Debtors lost their residence to a tax sale, for the nonpayment of real estate taxes, within a few months preceding the bankruptcy filing. The Trustee believes that would be considered a fraudulent conveyance and recoverable by the Estate and is pursuing that asset. Demand has been made upon the tax deed purchaser to resolve the purported fraudulent conveyance but we are still in the discovery phase about what that valuation of the property should be and what offsets are allowable. Case should be resolved in calendar year 2017.

Printed: 11/16/2017 08:04 AM    V.13.30

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 16-81953  
**Case Name:** BEACH, BRYON M  
BEACH, YVONNE M  
**Period Ending:** 11/16/17

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 08/16/16 (f)  
**§341(a) Meeting Date:** 09/22/16  
**Claims Bar Date:** 03/31/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2017   **Current Projected Date Of Final Report (TFR):**   July 18, 2017  (Actual)

Printed: 11/16/2017 08:04 AM   V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 16-81953 | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|
| **Case Name:** | BEACH, BRYON M | **Bank Name:** | Rabobank, N.A. |
| | BEACH, YVONNE M | **Account:** | ******5066 - Checking Account |
| **Taxpayer ID #:** | **-***2111 | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 11/16/17 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/02/17 | {20} | Yvonne M Beach | monthly payment | 1222-000 | 500.00 | | 500.00 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 490.00 |
| 04/26/17 | {20} | Yvonne Beach | monthly rent payment | 1222-000 | 500.00 | | 990.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 980.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 970.00 |
| 06/13/17 | {19} | Z Financial | per court order 06/05/2017 | 1241-000 | 9,100.00 | | 10,070.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,060.00 |
| 07/06/17 | 101 | Attorney Craig A Willette | | | | 3,378.00 | 6,682.00 |
| | | | 3,333.00 | 3110-000 | | | 6,682.00 |
| | | | 45.00 | 3120-000 | | | 6,682.00 |
| 08/21/17 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $94.30, Trustee Expenses; Reference: | 2200-000 | | 94.30 | 6,587.70 |
| 08/21/17 | 103 | Clerk of the United States Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 350.00 | 6,237.70 |
| 08/21/17 | 104 | Joseph D Olsen | Dividend paid 100.00% on $966.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 966.00 | 5,271.70 |
| 08/21/17 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,760.00, Trustee Compensation; Reference: | 2100-000 | | 1,760.00 | 3,511.70 |
| 08/21/17 | 106 | Capital One Bank (USA), N.A. | Dividend paid 49.04% on $488.13; Claim# 2; Filed: $488.13; Reference: | 7100-000 | | 239.40 | 3,272.30 |
| 08/21/17 | 107 | Mercy Health | Dividend paid 49.04% on $3,677.70; Claim# 3; Filed: $3,677.70; Reference: | 7100-000 | | 1,803.69 | 1,468.61 |
| 08/21/17 | 108 | MIDLAND FUNDING LLC | Dividend paid 49.04% on $711.05; Claim# 4; Filed: $711.05; Reference: | 7100-000 | | 348.73 | 1,119.88 |
| 08/21/17 | 109 | IRS | Combined Check for Claims#1U,1P Voided on 09/18/17 | 5800-004 | | 401.76 | 718.12 |
| 08/21/17 | 110 | Portfolio Recovery Associates, LLC | Combined Check for Claims#5,6 | | | 718.12 | 0.00 |
| | | | Dividend paid 49.04% on $858.36; Claim# 5; Filed: $858.36 | 420.97 | 7100-000 | | 0.00 |
| | | | Dividend paid 49.04% on $605.89; Claim# 6; Filed: $605.89 | 297.15 | 7100-000 | | 0.00 |
| 09/18/17 | 109 | IRS | Combined Check for Claims#1U,1P Voided: check issued on 08/21/17 | 5800-004 | | -401.76 | 401.76 |
| 09/21/17 | 111 | Capital One Bank (USA), N.A. | Dividend paid 55.37% on $488.13; Claim# 2; Filed: $488.13; Reference: | 7100-000 | | 30.93 | 370.83 |

Subtotals :   $10,100.00   $9,729.17

{} Asset reference(s)

Printed: 11/16/2017 08:04 AM   V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 16-81953 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | BEACH, BRYON M | | **Bank Name:** | Rabobank, N.A. |
| | BEACH, YVONNE M | | **Account:** | ******5066 - Checking Account |
| **Taxpayer ID #:** | **-***2111 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 11/16/17 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/21/17 | 112 | Mercy Health | Dividend paid 55.37% on $3,677.70; Claim# 3; Filed: $3,677.70; Reference: | 7100-000 | | 233.00 | 137.83 |
| 09/21/17 | 113 | MIDLAND FUNDING LLC | Dividend paid 55.37% on $711.05; Claim# 4; Filed: $711.05; Reference: | 7100-000 | | 45.05 | 92.78 |
| 09/21/17 | 114 | Portfolio Recovery Associates, LLC | Combined Check for Claims#5,6 | | | 92.78 | 0.00 |
| | | | Dividend paid 55.37%   54.39 on $858.36;  Claim# 5; Filed: $858.36 | 7100-000 | | | 0.00 |
| | | | Dividend paid 55.37%   38.39 on $605.89;  Claim# 6; Filed: $605.89 | 7100-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 10,100.00 | 10,100.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 10,100.00 | 10,100.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$10,100.00** | **$10,100.00** | |

| Net Receipts : | 10,100.00 |
|---|---|
| Net Estate : | $10,100.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******5066 | 10,100.00 | 10,100.00 | 0.00 |
| | $10,100.00 | $10,100.00 | $0.00 |

{} Asset reference(s)